1.              John F. Carbin              )
2.                 Plaintiff                )
3.                    V                     )        Civil Action No:
4.     Commonwealth of Massachusetts, ET AL )        3:23-CV-30092-MGM
5.                  And                     )
6.             Town of Savoy                )
7.                                          )
8.
9.
10.                    Amendment to Complaint
11.
12.    I applied to the town of Savoy for a permit and to do plumbing on my property on August 22. **Both**
13. were denied. I then appealed to the Board of Plumbers on August 28, 2023. The Executive Director,
14. Kenneth Peterson returned my appeal with my check and a letter dated 8/28/2023 stating "I have
15. enclosed the correct form to fill out to appeal and inspectors decision. Please fill out the entire form and
16. resubmit before the ten-day filing deadline." I received this letter on Friday September 1, 2023. This
17. "ten-day filing deadline" was up. I emailed Kenneth Peterson and stated that if your not going to accept
18. that appeal as written then I will accept this as a denial and proceed as necessary. On September 7, 2023
19. I again emailed Mr. Peterson and stated "I have completed the paperwork for Federal court. Before I file
20. I would like to offer a final chance to the board to acknowledge property owners rights to do plumbing
21. on their own property. I will likely be filing next week or the week after if I don't hear back from you.
22. Mr. Peterson responded on September 8, 2023 with "As your appeal was not filed in compliance with
23. Board regulations, including the Board approved form, as required by 248 CMR 3.05(6)(b), I cannot
24. accept it, thus the Board will not be able to act on your matter substantively." Note: CMR 3.05(6)(b)(1)
25. does not call out a specific form, only a "form approved by the board", further the idea that a
26. constitutional challenge is limited to 10 days, a fee and a form unrelated to a constitutional challenge is
27. preposterous.
28.
29.    In November of 2022, Mr. Peterson asked me for a copy of a letter that I sent to then Governor Baker
30. regarding property owners rights and plumbing. I sent Mr. Peterson a copy of that letter. I didn't hear

31. back from Mr. Peterson. I emailed Mr. Peterson again and he on December 5, 2022 responded with " I
32. did take the opportunity to read this. The State legislature makes the laws regarding these jurisdictions.
33. They would be able to help you best with this information." I wrote back to Mr. Peterson and stated that
34. the board writes the CMR not the legislature. Mr. Peterson and the board took no action.
35.
36.     It is difficult to pinpoint the "text of the law or regulation" that specifically removed citizens rights.
37. MGL 142 and CMR 248 is absent of acknowledging citizens rights. In actual practice a large amount of
38. plumbing is done all the time without permits and is never inspected. The Boards consumer fact sheet
39. from the states website states "**Only a master or journeyman plumber examined and licensed by the**
40. **Board of State Examiners of Plumbing and Gas Fitters, with the proper permits issued by the local**
41. **plumbing inspector, can perform plumbing work at your home or business**" and "**Permits for**
42. **performing plumbing work are issued only to licensed plumbers**" . The consumer fact sheet put out
43. by the board is not a law or regulation however is does show the Boards position of said laws or
44. regulation. Both statements from the Boards fact sheet as well as the enforcement of such takes away
45. citizens rights and is truly at the heart of this complaint. I believe it is unconstitutional and there needs to
46. be a constitutional exception for property owners who chooses to get a permit and/or do their own
47. plumbing on their own property.
48.
49.     The BOARD OF STATE EXAMINERS OF PLUMBERS AND GAS FITTERS (Board) was
50. established pursuant to Massachusetts General Laws (MGL) chapter 13 section 36 thru 38. The Board
51. pursuant to MGL Chapter 13 section 9(a) **does not** serve in the department of health, The Board
52. pursuant to MGL Chapter 13 section 9(b) serves under the division of occupational licensure, a part of
53. the Massachusetts Office Of Consumer Affairs and Business Regulation.     The Board pursuant to
54. MGL Chapter 142 Section 13 states "The examiners shall make and from time to time in a like manner
55. alter, amend and repeal rules and regulations relative to the construction, alteration, repair and
56. inspection of plumbing…". The Law MGL 142 never gave the board the power to remove citizens rights
57. when working on their own property. 248 CMR is made by the Board. 248 CMR 3.02 states the
58. definition of a permit is "A written notice that the inspector grants to a **Plumber** or **Gas Fitter** to
59. commence work on a given installation. The Permit may contain limitations and conditions of the work
60. to be preformed. The uniform permit application form approved by the board may be considered a

61. permit after issuance by the inspector." 248 CMR 3.05 (1) (b) 7. states "**Permits to perform plumbing**
62. **work shall be issued in compliance with the following: a. Permits shall be issued to properly**
63. **licensed individuals only. Permits may not be issued to apprentices…."** 248 CMR 3.05 (1) (b) 8.
64. states "**Permits to perform gas fitting work shall be issued in compliance with the following: a.**
65. **Permits shall be issued to properly licensed individuals only. Permits may not be issued to**
66. **apprentices…."**. The Board of Plumbers exceeded their authority granted to them by the legislature
67. under MGL 142 when it created 248 CMR 3.02's definition and CMR 3.05 (1) (b) 7 and 8 as listed
68. above in bold. Said regulation violates citizens rights by removing their right to obtain a permit and to do
69. their own plumbing on their own property. The second sentence of the 14th Amendment to the
70. Constitution of the United States states "No state shall make or enforce any law which shall abridge the
71. privileges or immunities of citizens of the Unites States; nor shall any state deprive any person of life,
72. liberty or property, without due process of law…". The state legislature would not be able to enact a law
73. taking away rights of citizens from doing plumbing on their own property unless there was a significant
74. nexus between the law and the hazard to public health and what they were trying to deter. In Kelly v.
75. Judge of Recorder's Court, 239 Mich. 204 the court said "Regulation of certain lawful trades,
76. occupations, and business activities is a question for the Legislature. Its determination comes within the
77. proper exercise of police power of the state unless affirmatively shown so unreasonable, oppressive,
78. extravagant, and arbitrary as to needlessly invade property or personal rights as protected by the
79. Constitution"    The Board under the division of occupational licensure, a part of the Massachusetts
80. Office Of Consumer Affairs and Business Regulation has no ligament reason for denying citizens rights
81. to obtain a permit or to do their own plumbing. Dr. George H Bigelow the commissioner of public health
82. for the commonwealth of Massachusetts submitted in House report No. 263 dated December 16, 1929
83. the following "The opinion of the Bureau of the United States Public Health Service at Washington is
84. expressed by Dr. C.C Pierce, Acting Surgeon General, as follows: "Public health concerns itself only
85. with the generalization that water should be brought to the consumer uncontaminated, and carried away
86. from him, with the wastes which he adds to it, without leakage or nuisance. The details of plumbing are
87. not of public health concern."
88.
89.     The use of the states "police power" to remove rights, liberty or freedom from citizens on their own
90. property is within law makers (Legislatures) authority however there must be a significant link (nexus)

91. between the law, public health and what the law is trying to accomplish. All other avenues should be
92. viewed before the removal of citizens rights. In Lochner v. New York, 198 U.S. 45 the court said "The
93. mere assertion that the subject relates, through but in a remote degree, to public health, does not
94. necessarily render the enactment valid. The act must have a more direct relation, as a means to an end,
95. and the end itself must be appropriate and legitimate, before an act can be held to be valid which
96. interferes with the general right of an individual to be free in his person and his power to contract in
97. relation to his own labor".
98.
99. Its problematic *to say the least* when a Board primarily of market participants self-servingly enacts a
100. regulation that removes citizens rights and advances themselves financially. Further when viewing
101. page 4 of the consumer fact sheet on the states website its suspect when trade associations are listed.
102. Absence of a link or nexus between the regulation or law and a health or safety concern greater than
103. that of other liberties that citizens currently have I believe the actions of the board taking away
104. citizens rights to do plumbing and to obtain permits on their own property is un-constitutional overly
105. oppressive and violates my rights as well as every other citizens in the state of Massachusetts who
106. owns property and would like to do their own plumbing or obtain a permit.
107.
108. I contacted the defense on May 13, 2024 and wrote that when this suit is over my intent is that
109. citizens will be able to legally do plumbing on their own property and be able to obtain permits to do
110. or have plumbing done on their property. She responded with "Thank you for reaching out. I don't
111. think we can necessarily come to any kind of agreement as to what claims you choose to pursue; that
112. is for you to decide and plead". I truly reached out in genuine good faith with plenty of time to
113. discuss the same.
114.
115.
116. Respectfully submitted
117.
118. John Carbin    Pro-se